IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID SANCHEZ,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-0937** |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 17th day of April 2025, upon consideration of Plaintiff David Sanchez's *pro se* Amended Complaint (ECF No. 8) it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to **AMEND** the docket to reflect the following Defendants named in the Amended Complaint: (a) The City of Philadelphia; (b) Warden; (c) Lt. Bloodsaw; (d) Sgt. Jones; (e) Lt. Lender; (f) Lt. Hill; (g) Lt. Travers; (h) Sgt. Laddermore; (i) C/O S. Johnson; (j) C/O C. Mathews; (k) C/O Miller; and (l) C/O Adison.

2. The Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons in the Court's Memorandum.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, J.**